AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**FILED**

District of _COLUMBIA_

FEB 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_Larry Powell_
**Plaintiff**

V.

_Harley Lappin, et. al._
**Defendant**

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: **08 0379**

I, _Larry Powell_ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that ~~I am unable to pay the costs of these proceedings and that I am entitled to the~~ relief sought in the complaint/petition/motion. _I have made arrangements with Prison authorities to have the filing fee sent to the Court from my inmate trust fund account._

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☑ Yes  ☐ No  (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _FCC Coleman U.S.P. 2 (Florida)_

   Are you employed at the institution? _No_  Do you receive any payment from the institution? _No_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?  ☐ Yes  ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _Randall Noe Ford & Crysler. Chief of Security. (June 1998 last employed.) Approximately $2,020.00 per month._

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. Gifts or inheritances | ☑ Yes | ☐ No |
   | f. Any other sources _from Parents_ | ☑ Yes | ☐ No |

   _Employers Address was: Randall Noe Ford & Crysler 1608 W. Moore A... Terrell, TX 75160_

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

RECEIVED
FEB 0 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

$1,810.00 received in last 12 months. And I normally receive $150.00 per month for living expenses from my parents.

4.  Do you have **any cash or checking or savings accounts?**  ☑ Yes    ☐ No

If "Yes," state the total amount. _Approximately $1,000.00_

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

If "Yes," describe the property and state its value.

_Virtually everything was taken by the Government._

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  (If children are dependents, please refer to them by their initials)

_None_

**I** declare under penalty of perjury that the above information is true and correct.

_01-31-08_
Date

_R. Parnell_
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted.  Let the applicant proceed without prepayment of costs  or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge        Date | United States Judge        Date |

Account Statement

# Inmate Statement

| | | | |
|---|---|---|---|
| Inmate Reg #: | 27650077 | Current Institution: | Coleman FCC |
| Inmate Name: | POWELL, LARRY | Housing Unit: | CLP-H-B |
| Report Date: | 10/23/2007 | Living Quarters: | H02-109L |
| Report Time: | 10:26:19 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| COA | 10/17/2007 3:00:42 PM | | 860 | | Court Fees | ($18.00) | | $675.30 |
| COA | 10/2/2007 1:20:07 PM | 55 | | | Sales | ($51.70) | | $693.30 |
| COA | 9/24/2007 9:22:31 AM | E891-V | | | Court Fees | $18.00 | | $745.00 |
| COA | 9/24/2007 5:10:45 AM | 70192103 | | | Lockbox - CD | $150.00 | | $727.00 |
| COA | 9/21/2007 1:49:17 PM | | E891 | | Court Fees | ($18.00) | | $577.00 |
| COA | 9/13/2007 1:02:17 PM | 13 | | | Sales | ($28.75) | | $595.00 |
| COA | 9/11/2007 12:10:22 PM | D232-C | | | Subscriptions | $126.70 | | $623.75 |
| COA | 9/7/2007 8:00:22 AM | D960-V | | | Bills | $40.00 | | $497.05 |
| COA | 9/7/2007 7:59:58 AM | D953-V | | | Bills | $20.00 | | $457.05 |
| COA | 9/7/2007 7:59:10 AM | D950-V | | | Bills | $40.00 | | $437.05 |
| COA | 9/5/2007 2:56:56 PM | D931-V | | | Books | $20.00 | | $397.05 |
| COA | 9/5/2007 2:56:31 PM | D930-V | | | Subscriptions | $25.00 | | $377.05 |
| COA | 9/5/2007 2:56:06 PM | D926-V | | | Subscriptions | $5.00 | | $352.05 |
| COA | 9/5/2007 2:55:43 PM | D917-V | | | Bills | $63.00 | | $347.05 |
| COA | 9/5/2007 2:54:52 PM | D946-V | | | Bills | $60.00 | | $284.05 |
| COA | 9/5/2007 2:54:14 PM | D944-V | | | Bills | $60.00 | | $224.05 |
| COA | 9/5/2007 2:54:00 PM | D942-V | | | Subscriptions | $9.00 | | $164.05 |
| COA | 9/5/2007 2:53:41 PM | D940-V | | | Books | $31.90 | | $155.05 |
| COA | 9/5/2007 1:51:29 PM | 9 | | | Sales | ($51.05) | | $123.15 |
| COA | 9/4/2007 1:56:38 PM | | D960 | | Bills | ($40.00) | | $174.20 |
| COA | 9/4/2007 1:56:37 PM | | D953 | | Bills | ($20.00) | | $214.20 |
| COA | 9/4/2007 1:56:37 PM | | D950 | | Bills | ($40.00) | | $234.20 |
| COA | 9/4/2007 11:13:15 AM | | D942 | | Subscriptions | ($9.00) | | $394.20 |
| COA | 9/4/2007 11:13:15 AM | | D946 | | Bills | ($60.00) | | $274.20 |
| COA | 9/4/2007 11:13:15 AM | | D944 | | Bills | ($60.00) | | $334.20 |
| COA | 9/4/2007 11:13:14 AM | | D940 | | Books | ($31.90) | | $403.20 |
| COA | 9/4/2007 9:42:18 AM | | D926 | | Subscriptions | ($5.00) | | $480.10 |
| COA | 9/4/2007 9:42:18 AM | | D931 | | Books | ($20.00) | | $435.10 |
| COA | 9/4/2007 9:42:18 AM | | D930 | | Subscriptions | ($25.00) | | $455.10 |
| COA | 9/4/2007 9:42:17 AM | | D917 | | Bills | ($63.00) | | $485.10 |
| COA | 8/24/2007 5:21:21 AM | 70190101 | | | Lockbox - CD | $150.00 | | $548.10 |
| COA | 8/22/2007 2:26:03 PM | 40 | | | Sales | ($35.60) | | $398.10 |
| COA | 8/9/2007 1:40:20 PM | | D233 | | Subscriptions | ($5.00) | | $433.70 |

30 0379

FILED
FEB 2 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | | | | |
|---|---|---|---|---|---|
| COA | 8/9/2007 1:40:20 PM | D231 | Bills | ($73.00) | $565.40 |
| COA | 8/9/2007 1:40:20 PM | D232 | Subscriptions | ($126.70) | $438.70 |
| COA | 8/9/2007 1:14:23 PM | D220 | Subscriptions | ($25.00) | $678.40 |
| COA | 8/9/2007 1:14:23 PM | D223 | Subscriptions | ($40.00) | $638.40 |
| COA | 8/9/2007 1:14:22 PM | D218 | Subscriptions | ($5.00) | $703.40 |
| COA | 8/9/2007 1:14:22 PM | D215 | Subscriptions | ($30.00) | $708.40 |
| COA | 8/3/2007 8:44:00 AM | GIPP0707 | Payroll - IPP | $5.25 | $738.40 |
| COA | 8/2/2007 2:34:29 PM | 20 | Sales | ($42.60) | $733.15 |
| COA | 8/1/2007 3:38:28 PM | C849 | Subscriptions | ($20.00) | $797.75 |
| COA | 8/1/2007 3:38:28 PM | C850 | Subscriptions | ($22.00) | $775.75 |
| COA | 8/1/2007 3:38:28 PM | C848 | Subscriptions | ($40.00) | $817.75 |
| COA | 8/1/2007 2:42:23 PM | C827 | Bills | ($40.00) | $1,003.73 |
| COA | 8/1/2007 2:42:23 PM | C828 | Bills | ($65.98) | $937.75 |
| COA | 8/1/2007 2:42:23 PM | C833 | Bills | ($80.00) | $857.75 |
| COA | 8/1/2007 2:42:22 PM | C826 | Bills | ($40.00) | $1,043.73 |
| COA | 8/1/2007 2:42:22 PM | C825 | Bills | ($40.00) | $1,083.73 |
| COA | 7/31/2007 5:26:20 AM | 70188301 | Lockbox - CD | $150.00 | $1,123.73 |

1 2

**Total Transactions: 88**

| | | |
|---|---|---|
| **Totals:** | $242.99 | $0.00 |

---

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| COA | $675.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $675.30 |
| **Totals:** | $675.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $675.30 |